S. LANE TUCKER
United States Attorney

MAC CAILLE PETURSSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:24-cr-00131-SLG-MMS |
|---|---|
| Plaintiff, | COUNT 1:<br>DISTRIBUTION OF CHILD PORNOGRAPHY<br>  Vio. of 18 U.S.C. § 2252A(a)(2), (b)(1) |
| vs. | |
| CALEB FRENCH, | COUNT 2:<br>POSSESSION OF CHILD PORNOGRAPHY<br>  Vio. of 18 U.S.C. § 2252A(a)(5)(B), (b)(2) |
| Defendant. | |
| | CRIMINAL FORFEITURE ALLEGATION:<br>  Vio. of 18 U.S.C. §§ 2253, 2428(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Fed. R. Crim. P. |

**INDICTMENT**

The Grand Jury charges that:

//

//

## COUNT 1

On or about August 2024, within the District of Alaska, the defendant, CALEB FRENCH, knowingly distributed and attempted to distribute any child pornography, as defined in 18 U.S.C. § 2256(8)(A), (C), and any material containing child pornography, using a means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. § 2252A(a)(2), (b)(1).

## COUNT 2

On or about August 2024, within the District of Alaska, the defendant, CALEB FRENCH, knowingly possessed and attempted to possess material that contained an image of child pornography, as defined in 18 U.S.C. § 2256(8)(A), (C), which had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1-2 are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

//

Upon conviction of the offenses in violation of 18 U.S.C. § 2252A(a)(2),(b)(1) and 18 U.S.C. § 2252A(a)(5)(B), (b)(2) as set forth in Counts 1-2 of this Indictment, the defendant, CALEB FRENCH, shall forfeit to the United States pursuant to 18 U.S.C. § 2253 any property, real or personal, that was used or intended to be used to commit or to promote the commission of such violations or any property traceable to such property.

All pursuant to 18 U.S.C. §§ 2253, 2428(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Mac Caille Petursson
MAC CAILLE PETURSSON
Assistant U.S. Attorney
United States of America

s/ Kate Vogel for
S. LANE TUCKER
United States Attorney
United States of America

DATE: December 17, 2024