Jane M. Imholte
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: jane_imholte@fd.org

*Counsel for Defendant Caleb French*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CALEB FRENCH,<br><br>Defendant. | Case No. 3:24-cr-00131-SLG-MMS |

**NOTICE OF INTENT TO CHANGE PLEA AND CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE**

Defendant Caleb French, through counsel, Jane M. Imholte, Assistant Federal Defender, hereby notifies the Court of his intent to change his plea pursuant to a written plea agreement. Caleb French also hereby consents to have his plea taken by a Magistrate Judge pursuant to Criminal Rules 11 and 59. Defendant requests the Court schedule a proposed change of plea hearing at its earliest convenience. Accordingly, the parties request that the status conference set for May 6, 2025 be vacated.

/ /

/ /

/ /

DATED at Anchorage, Alaska this 5th day of May, 2025.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

/s/ Jane M. Imholte
Jane M. Imholte
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 5, 2025. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
/s/ Jane M. Imholte