To: Jane Imholte

Ref: Caleb French

From: Doris Williams

4 June 2025

Dear Judge Gleason,

I am Caleb's mother. So I've known him his entire life. He has always been such a good, kindhearted person. He has never been in trouble with the police, never did anything to hurt anyone. As a matter of fact he would give you the shirt off his back or his last dollar if you needed it. He has given homeless people his food and asked if they needed anything else. Growing up he has always been a quiet kid, kept to himself a lot. He loved playing his video games, especially Call of Duty. He had a few friends that he did like to hang out with but for the most part preferred to be alone. Caleb has never had any interest in being around or holding children. He would not even hold any of his niece's. In a prior conversation with Caleb he mentioned that he didn't even want children of his own. He would always say, "nope, I'm not holding her". In regards to any of his niece's.

Caleb loved trucking. He got that from his father and wanted to follow in his footsteps. So, he got his own truck and became an owner operator. He traveled all over the US with no issues, no trouble with law enforcement, paid all his bills on time, repairing the truck as needed and went about his work. He absolutely loved it. Then, Caleb decided he wanted to better himself and go Into the US Air Force to get benefits, medical and dental, get training in a new field and see the world. He looked forward to going into work and working on the aircraft. His face lit up when he sent me pictures. He was really happy. He was ready for this next chapter in his life. Even the though the pay was much lower than what he had in trucking he still looked forward to going into work and learning new things. In addition, especially wanted to see what the world had out there for him.

Caleb is a great person to be around. He loves joking and having great conversation. He likes learning new things and putting himself out there to explore. All around a great person.

Respectfully,

Doris Williams

Dear Judge Gleason,
I am Caleb's youngest sister. I've known Caleb all my life. He has always been a ~~quiet~~ quiet person, even from as young as I can remember. He never had many friends and was a video game fanatic, he introduced me to one of my favorite video games, Minecraft. I personally have never noticed anything out of the ordinary with Caleb my entire life. We would often go out to eat together to bond and Comic con conventions. Caleb would give anyone the shirt off his back if they needed it, I specifically remember him offering homeless people food, even if he could barely afford food himself. Caleb has never shown any interest in my child, his niece, he would never hold her or give her a hug. Caleb went into truck driving and absolutely loved it, it was the happiest I've seen him. I even had a shirt made with a picture of him and his truck that says "Proud Trucking Sister", which I still have to this day. I was so happy for Caleb when he joined the Air force. He loved his job and new life and I was always hoping he'd get stationed in Virginia so I could see him more often. Caleb is a very kind hearted, funny, and caring individual. Thank you for taking the time to read this letter.

Respectfully,
Brittney Williams

06/05/2025